PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## United States District Court

### Eastern District of Washington

| United States of America | ) | Case No. 2:12CR02076-001-TOR |
| --- | --- | --- |
| vs | ) | |
| Rodriguez, Xavier Luis | ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Xavier Luis Rodriguez have discussed with Carrie Valencia, U.S. Pretrial Services/Probation Officer, modification of my release as follows:

**Removal of Condition #23:** Mr. Rodriguez has been on location monitoring since his pretrial release in November 2012. To date, there have been no significant violations of his pretrial supervision.

Benjamin Seal, Assistant United States Attorney has been contacted and has no objections to the requested modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/30/13     _____  5/31/13
Signature of Defendant    Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5/30/13
Signature of Defense Counsel   Date

[ ]  The above modification of conditions of release is ordered, to be effective on _____.

[X]  The above modification of conditions of release is not ordered.

_____  5/31/13
Signature of Judicial Officer   Date